# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHRIS R. DICICCO

        Plaintiff     Civil No.     12-1547  (BAH)

  vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, et al.     Category     F

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Sep 20, 2012 from Judge Amy Berman Jackson to Judge Beryl A. Howell by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:  Judge Amy B. Jackson     & Courtroom Deputy
     Judge Beryl A. Howell    & Courtroom Deputy
     Liaison, Calendar and Case Management Committee